UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20 CR 562 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| TYRONE JOHNSON, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Amanda M. Knapp, regarding the change of plea hearing of Tyrone Johnson, which was referred to the Magistrate Judge with the consent of the parties.

On September 24, 2020, the government filed a 1 count Indictment, charging Defendant Stokes, with Distribution of Cocaine Base (Crack), in violation of Title 21 U.S.C.§ 841(a)(1), (b)(1)(C), and 18:2. Defendant Johnson was arraigned on February 22, 2022, and entered a plea of not guilty to Count 1 of the Indictment, before Magistrate Judge Parker. On April 26, 2022, Magistrate Judge Knapp, received Defendant Johnson's plea of guilty to Count 1of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Stokes is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis

for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Tyrone Johnson is adjudged guilty to Count 1 of the Indictment, in violation of Title 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18:2. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on August 16, 2022, at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 14, 2022